| THOMAS A. KANE (1928-1977) | **KANE KESSLER, P.C.** | STEPHEN STEINBRECHER |
| SIDNEY S. KESSLER (1936-1986) | 1350 AVENUE OF THE AMERICAS | SENIOR COUNSEL |
| | NEW YORK, NEW YORK 10019-4896 | |
| DARREN S. BERGER*† | (212) 541-6222 | TARAS G. BORKOWSKY |
| ADAM M. COHEN | FAX: (212) 245-3009 | PETER R. HERMAN |
| STEVEN E. COHEN | WWW.KANEKESSLER.COM | ROBERT KOLODNEY |
| JEFFREY H. DAICHMAN | | ROBERT L. SACKS |
| ARIS HAIGIAN | | BRUCE M. SCHLOSS |
| MITCHELL D. HOLLANDER† | NEW JERSEY OFFICE | PAUL E. SZABO |
| S. REID KAHN** | CONTINENTAL PLAZA | COUNSEL |
| ROBERT L. LAWRENCE | 433 HACKENSACK AVENUE | |
| RONALD L. NURNBERG* | HACKENSACK, N.J. 07601-6319 | MICHAEL A. ZIMMERMAN |
| ARTHUR M. ROSENBERG† | (201) 487-2828 | OF COUNSEL |
| DAVID R. ROTHFELD | FAX: (201) 487-3776 | |
| JUDITH A. STOLL | | HILLARY J. BUYEA |
| DANA M. SUSMAN† | | GARY E. CONSTABLE† |
| JEFFREY S. TULLMAN | WRITER'S DIRECT NUMBER | SARA J. CRISAFULLI |
| | | LAUREN M.K. DAYTON |
| JOSEPH NURNBERG (RETIRED) | | PIERRE E. DEBBAS |
| | | NIKI J. FRANZITTA |
| ALSO ADMITTED | (212) 519-5120 | ARI M. GAMSS |
| FLA. BAR* | ltraub@kanekessler.com | BRENDAN P. McFEELY |
| N.J. BAR† | | ETHAN O. NOTKIN |
| N.J. AND D.C. BAR** | | GARY E. OSTROFF |
| | | YEKATERINA REZNIK† |
| | | GERARD SCHIANO-STRAIN |
| | | ALEXANDER SORIC |
| | | LOIS M. TRAUB |
| | | JOSEPH J. VENTIMIGLIA |
| | | SARAH BAWANY YOUSUF |
| | | JONATHAN A. ZALKIN |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 13 2009 ★
BROOKLYN OFFICE

October 7, 2009



RECEIVED
OCT 13 2009
CHAMBERS OF JUDGE GLEESON

Honorable Judge John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers 727 S
Brooklyn, New York 11201

Re: <u>Rafik A. Neweir v. Le Parker Meridien  09 Civ. 1819 (JG)</u>

Dear Judge Gleeson:

   Counsel for the Defendant in the above-captioned matter wishes to submit a motion to dismiss that is not merely limited to whether the Complaint is barred by a settlement and release and that his Title VII claims are barred as untimely as initially conceived in our letter of August 26, 2009 to the Court, but includes additional grounds for judgment in favor of Defendant. These additional claims are that claims arising under Section 1981 and 1983 are without merit and all pendant state claims must be dismissed. Defendants submit this request in the interest of judicial economy and based upon a further and more extensive review of the Complaint and applicable case law.

           Respectfully submitted,

           Lois M. Traub (LMT 9977)

cc:  Thomas Bello, Esq.