FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 2 2 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFIK A. NEWEIR,

                Plaintiff,

-against-

LE PARKER MERIDIEN,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
09-CV- 1819 (JG)

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on December 18, 2009, granting the motion for failure to state a claim; and declining to exercise supplemental jurisdiction over Neweir's claims under New York States Executive Law § 296 and New York City Administrative Code § 8-107; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the motion to dismiss for failure to state a claim is granted; and that the Court decline to exercise supplemental jurisdiction over Neweir's claims under New York State Executive Law § 296 and New York City Administrative Code § 8-10.

Dated: Brooklyn, New York
       December 21, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court